UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUY DINH NGUYEN,

        Petitioner,

v.

ROBERT FERGUSON, et al.,

        Respondents.

Case No. C17-1338-JCC-JPD

ORDER VACATING STAY AND SETTING BRIEFING SCHEDULE

This is a 28 U.S.C. § 2254 habeas action. On January 3, 2018, the Court stayed this action pending resolution of petitioner's pending state-court action. Dkt. 14. The parties have informed the Court that petitioner's state-court action has concluded. Dkt. 15. Accordingly, the Court finds and ORDERS:

(1) The stay entered on January 3, 2018, Dkt. 14, is VACATED.

(2) Within *forty-five (45) days* of the date of this Order, respondent shall file and serve an answer in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts. As part of such answer, respondent shall state whether petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an

ORDER VACATING STAY AND
SETTING BRIEFING SCHEDULE - 1

answer is inadequate. Respondent shall file the answer with the Clerk of the Court and serve a copy of the answer on petitioner.

The answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, respondent shall note it for consideration on the fourth Friday after filing. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 14th day of May, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER VACATING STAY AND
SETTING BRIEFING SCHEDULE - 2