UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUY DINH NGUYEN,

          Petitioner,

v.

ROBERT FERGUSON, *et al.*,

          Respondents.

Case No. C17-1338-JCC

ORDER

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge James P. Donohue, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 8) is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice;

(3) A certificate of appealability is DENIED as to all claims raised in Petitioner's federal habeas petition. See 28 U.S.C. § 2253(c); and

(4) The Clerk is DIRECTED to send copies of this order to the parties and Judge Donohue.

//

//

//

DATED this 24th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE